**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,　　：　No. 18 EM 2020
　　　　　　　　　　　　　　　　　　：
　　　　　　Respondent　　　　　　　：
　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　：
　　　　v.　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　：
LUIS GONZALEZ,　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　：
　　　　　　Petitioner　　　　　　　：

## ORDER

**PER CURIAM**

　　　**AND NOW**, this 29th day of April, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc,* the "Appellant Request Motion for Stay and Remand of the Proceedings Due to Extraordinary Circumstances," the "Motion for New Trial Due to After Acquired Evidence," and "Application to Supplement" are DENIED.